1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| JACK KEYIAN, | Case No.  1:17-cv-00476-SAB |
| Plaintiff, | ORDER VACATING APRIL 4, 2017 SCHEDULING ORDER AND ORDER RE CONSENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 17) |
| Defendant. | |

12
13
14
15
16
17

18  On April 19, 2016, Plaintiff filed this action in the Sacramento Division of the Eastern

19  District of California.  (ECF No. 1.)  On April 21, 2016, a scheduling order and order re consent

20  issued.  (ECF No. 5.)  On May 17, 2016, both parties consented to have a United States

21  Magistrate Judge conduct all further proceedings in this case.  (ECF Nos. 6, 8.)  On November 4,

22  2016, Plaintiff filed a motion for summary judgment.  (ECF No. 14.)  On December 5, 2016,

23  Defendant filed a motion for summary judgment.  (ECF No. 15.)  Plaintiff did not file a reply.

24  On April 4, 2017, the matter was transferred to the Fresno Division of the Eastern District

25  of California.  (ECF No. 16.)  On that same date, the Court issued a new scheduling order and

26  order re consent.  (ECF No. 17.)  However, as the matter is fully briefed and the parties have

27  already consented to have a United States Magistrate Judge conduct all further proceedings in

28  this case, the April 4, 2017 scheduling order and order re consent are unnecessary and shall be

1   vacated.

2        Accordingly, the April 4, 2017 scheduling order and order re consent (ECF No. 17) are

3   HEREBY VACATED.

4

   IT IS SO ORDERED.

5

6   Dated:   __**April 5, 2017**__

                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28